IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CM TRUSTEE SERVICES, INC., | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Formerly Case No. 24SL-CC00369 in |
| JERRY L JAYCOX, | ) | the Circuit Court of St. Louis County |
| JASON JAYCOX, | ) | State of Missouri) |
| LINDELL R. CARTER, TRUSTEE FOR, | ) | |
| WAYNE DIELSCHNEIDER, | ) | |
| CAVALRY SPV I LLC, | ) | |
| SECURITY CREDIT SERVICE, LLC, | ) | |
| MISSOURI DIV. EMPLOYMENT SECURITY, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

The United States hereby removes the above-captioned case to this Court under 28 U.S.C. §§ 1442(a)(1) and 1444 and gives notice as required by 28 U.S.C § 1446(a). The reasons for removal are as follows:

1. On January 23, 2024. CM Trustee Services Inc. ("CM") filed a Petition for Interpleader with the Circuit Court of St. Louis County, Missouri Case No. 24SL-CC00369. A copy of the Petition and all other pleadings filed or served in the state court are attached as required by 28 U.S.C. § 1446(a).

2. CM claims they sold the property known as 18 Gravois Road, Fenton MO 63026 on December 5, 2023, for One Hundred Sixty-five thousand Dollars ($ 165,000), and that after the sale there was a surplus of $ 47,044.32. The petition claims that CM is uncertain

1

as to the party entitled to payment of these surplus funds and asks the Court to resolve the competing claims.

3. According to CM each of the following defendants may claim an interest in the surplus funds:

    a. Defendant Jerry L. Jaycox, an individual residing in Jefferson County.

    b. Defendant Jason Jaycox, an individual residing in St. Louis County.

    c. Defendant Lindell R. Carter Trustee for Wayne Dielschneider, an individual residing in Jefferson County.

    d. Cavalry SPV I LLC.

    e. Security Credit Service, LLC.

    f. The Missouri Division of Employment Security.

    g. The United States of America, Internal Revenue Service.

4. This Notice of Removal is proper under 28 U.S.C. §§ 1441(a), 1442(a)(1), and 2410(a)(5). If the United States or any agency thereof is named a defendant in a state-court action that relates to tax collection, the United States can remove the action to federal district court. *See* 28 U.S.C. § 1442(a)(1). Moreover, the federal district court has subject matter jurisdiction over interpleader actions that involve real property subject to federal tax liens. *See* 28 U.S.C. § 2410(a)(5). Because this Court has jurisdiction over the interpleader action, removal is also proper under 28 U.S.C. § 1441(a).

5. A defendant must file a notice of removal within thirty days of receipt of the initial pleading. *See* 28 U.S.C. § 1446(b). Plaintiff served the Petition on the United States Attorney's Office for the Eastern District of Missouri on February 12, 2024. Accordingly, this notice of removal is timely.

6. The United States will serve Plaintiff by mailing its representative a copy of this notice and will concurrently file a copy of this notice in the Circuit Court of St. Louis County, Missouri, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the United States requests that this action be entered upon the docket of this Court in accordance with Rule 81(c) of the Federal Rules of Civil Procedure.

Date: March 11, 2024

SAYLER A. FLEMING
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Alan D. Bailey*
ALAN D. BAILEY
Bar No. 100427 (KY)
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 7238
Washington, DC 20044
Office: (202) 514-6075
Cell: (202) 803-3926
Fax: (202) 514-6770
Alan.Bailey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a true and correct copy of the United States' Notice of Removal, with all attachments, was filed with the Court via its CM/ECF system, and that copies of the same were sent via US mail to the following:

Robert E. Eggmann
Kellen M.C. Cushing
Carmody MacDonald P.C.
120 South Central Ave. Suite 1800
St. Louis, MO 63105

Jerry L. Jaycox
2508 Belmont Drive
High Ridge, MO 63049

Jason Jaycox
10 Eastview Drive
Fenton, MO 63026

Lindell R. Carter,
Trustee for Wayne Dielschneider
1247 Victoria Xing
Festus, MO 63028

Cavalry SPVI, LLC
c/o CT Corporation System
120 South Central Avenue
Clayton, MO 63105

Security Credit Service, LLC
Attention: William F. Whealen, Jr.
Miller and Steeno P.C.
13690 Riverport Drive
Maryland Heights, MO 63043

Missouri Division of Employment Security
421 East Dunklin Street
PO Box 59
Jefferson City, MO 65104-0059

/s/ Alan D. Bailey
Alan D. Bailey
Trial Attorney, Tax Division
U.S. Department of Justice