**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**02/09/2024**

    **Summons Issued-Circuit**

Document ID: 24-SMCC-1138, for SECURITY CREDIT SERVICE LLC Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Summons Issued-Circuit**

Document ID: 24-SMCC-1137, for CAVALRY SPV I LLC Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**02/06/2024**

    Motion Special Process Server

Request for Appointment of Process Server.

    **Filed By:** ROBERT EMIL EGGMANN III

    **On Behalf Of:** CM TRUSTEE SERVICES, INC.

    Motion Special Process Server

Request for Appointment of Process Server.

    **Filed By:** ROBERT EMIL EGGMANN III

    **On Behalf Of:** CM TRUSTEE SERVICES, INC.

    Motion Special Process Server

Request for Appointment of Process Server.

    **Filed By:** ROBERT EMIL EGGMANN III

    **On Behalf Of:** CM TRUSTEE SERVICES, INC.

    Motion Special Process Server

Request for Appointment of Process Server.

    **Filed By:** ROBERT EMIL EGGMANN III

    **On Behalf Of:** CM TRUSTEE SERVICES, INC.

**01/24/2024**

    **Judge/Clerk - Note**

NO SUMMONS ISSUED ON DFTS CAVALRY SPV I LLC & SECURITY CREDIT SERVICE LLC DUE TO MISSING $72 SHERIFF'S SERVICE FEES OR A SPECIAL PROCESS SERVER FORM. E-FILE A MEMO WITH THE REMAINING $72 FEES OR A SPECIAL PROCESS SERVER FORM SO THE SUMMONS CAN BE ISSUED. IF USING A SPECIAL PROCESS SERVER, Per Local Rule 28 (E), you must submit the "Request for Appointment of Process Server" form, which can be found on the St. Louis County Court's Web Site. ONCE THE FEES OR SPS FORM IS E-FILED, CONTACT THE CLERK AT 314-615-8470.

    **Summ Issd- Circ Pers Serv O/S**

Document ID: 24-SMOS-132, for UNITED STATES OF AMERICA Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Summons Issued-Circuit**

Document ID: 24-SMCC-645, for MISSOURI DEPARTMENT OF EMPLOYMENT SECURITY Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Summons Issued-Circuit**

Document ID: 24-SMCC-644, for CARTER, LINDELL R Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Summons Issued-Circuit**

Document ID: 24-SMCC-643, for JAYCOX, JASON Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Summons Issued-Circuit**

Document ID: 24-SMCC-642, for JAYCOX, JERRY L Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

    **Judge Assigned**

DIV 18

**01/23/2024**

    **Filing Info Sheet eFiling**

    **Filed By:** ROBERT EMIL EGGMANN III

Pet Filed in Circuit Ct

Petition for Interpleader; Exhibit A.

    **Filed By:** ROBERT EMIL EGGMANN III

    **On Behalf Of:** CM TRUSTEE SERVICES, INC.