24SL-CC00369

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| CM Trustee Services, Inc. | ) |
|     Plaintiff, | ) |
| | ) Case No. |
| vs. | ) |
| | ) |
| **JERRY L. JAYCOX,** | ) |
| Serve: 2508 Belmont Drive | ) |
|       High Ridge, MO 63049 | ) |
| | ) |
| and | ) |
| | ) |
| **JASON JAYCOX,** | ) |
| Serve: 10 Eastview Drive | ) |
|       Fenton, MO 63026 | ) |
| | ) |
| and | ) |
| | ) |
| **LINDELL R. CARTER,** | ) |
| **Trustee for WAYNE DIELSCHNEIDER,** | ) |
| Serve: 1247 Victoria Xing | ) |
|       Festus, MO 63028 | ) |
| | ) |
| and | ) |
| | ) |
| **CAVALRY SPV I, LLC** | ) |
| Serve: Registered Agent | ) |
|       CT Corporation System | ) |
|       120 South Central Avenue | ) |
|       Clayton, MO 63105 | ) |
| | ) |
| and | ) |
| | ) |
| **SECURITY CREDIT SERVICE, LLC** | ) |
| Serve: William F. Whealen, Jr. | ) |
|       Miller and Steeno P.C. | ) |
|       13690 Riverport Drive | ) |
|       Maryland Heights, MO 63043 | ) |
| | ) |
| And | ) |
| | ) |
| **MISSOURI DIVISION OF** | ) |
| **EMPLOYMENT SECURITY** | ) |
| Serve at: 421 East Dunklin Street | ) |
|       P.O. Box 59 | ) |
|       Jefferson City, MO 65104-0059 | ) |

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM



And )
)
**UNITED STATES OF AMERICA** )
)
**Serve: Internal Revenue Service** )
     **PO Box 7346** )
     **Philadelphia, PA 19101** )
)
**Serve: Internal Revenue Service** )
     **1111 Constitution Avenue NW** )
     **Washington DC 20224** )
)
**Serve: US Attorney** )
     **Financial Litigation Unit** )
     **111 S. 10th St. # 20.333** )
     **St. Louis, MO 63102** )
)
**Serve: US Attorney General** )
     **Civil Division, Service of Process** )
     **US Department of Justice** )
     **10th and Constitution Ave. NW** )
     **Washington DC 20530** )
)
**Defendants.** )
)

## PETITION FOR INTERPLEADER

COMES NOW Plaintiff CM Trustee Services, Inc., by and through its attorneys, pursuant to Rule 52.07 of the Missouri Supreme Court Rules, and for its Petition for Interpleader hereby states as follows:

1.      Plaintiff CM Trustee Services, Inc. ("CM") is a corporation, organized and existing under the laws of the State of Missouri and doing business in St. Louis County, Missouri.

2.      Defendant Jerry L. Jaycox is an individual residing in Jefferson County, Missouri.

3.      Defendant Jason Jaycox is an individual residing in Fenton, Missouri.

4.       Defendant Lindell R. Carter is an individual and Trustee for Wayne Dielschneider.

5.      Cavalry SPV I, LLC is a Delaware limited liability company.

6.      Security Credit Services, LLC is a privately owned receivables purchasing company.

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

7.      The International Revenue Service, as part of the United States, possess numerous Federal Tax Liens on the property known and numbers as 18 Gravois Road, Fenton, MO 63026.

8.      On or about August 12, 2005, Jerry L. Jaycox and Patricia A. Jaycox (deceased) executed a Deed of Trust dated August 12, 2005 and recorder October 21, 2005 (the "Original Deed of Trust"), on certain property known and number as 18 Gravois Road, Fenton, MO 63026 (the "Property"), to and in favor of The David A. Bush Revocable Living trust, dated December 11, 1990.

9.      The David A. Bush Revocable Living trust, original lender, assigned its rights under the Original Deed of Trust to Davene Bush Thurby, Kathryn A. Douglas, and Shirley A Bush, (together, the "Interim Lender") by a certain Assignment of Deed of Trust dated July 6, 2007, and recorded August 1, 2007 at Book 17631, Page 4367 of the Recorder's Office (the "First Assignment").

10.     The Interim Lender assigned its rights under the Original Deed of Trust to DAS Investments, LLC (the "Lender") by certain Assignment of Deed of Trust dated July 6, 2007, and recorded August 1, 2007 at Book 17631, Page 4370 of the Recorder's Office (the "Second Assignment").

11.     The Second Assignment was re-recorded at Book 17667, Page 2939 in the Recorder's Office.

12.     On August 14, 2020, Jerry L. Jaycox, Defendant, and Jason Jaycox, Defendant, along with Das Investments LLC, caused a Fourth Amendment to the Promissory Note to be recorded (the "Amendment"), and recorded in the Recorder's Office on November 16, 2020 at Book 24259, Page 0258.

13.     On or about April 28, 2008, Jerry L. Jaycox executed a Deed of Trust to Lindell R. Carter, Trustee for Wayne Dielschneider, recorded on May 2, 2008 in the Recorder's Office at Book 17880, Page 5090 ("Second Deed of Trust").

14.     On or about November 22, 2013, Judgement was filed against Jerry L. Jaycox and in

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

favor of Cavalry SPV I, LLC in St. Louis County, action styled Cause No. 13SL-AC26753.

15. On or about July 28, 2014, Judgement was filed against Jerry L. Jaycox and in favor of Security Credit Services, LLC in St. Louis County, action styled Cause No. 14SL-AC01944.

16. In total, the Division of Employment Security has obtained nine (9) judgements against Jerry L. Jaycox from July 27, 2017 through July 23, 2021. Each action styled, in chronological order, as follows: 17SL-TJ01109, 17SL-TJ02104, 18SL-TJ00658, 19SL-TJ00047, 19SL-TJ01811, 19SL-TJ04138, 20SL-TJ01320, 19SL-TJ04009, and 21SL-TJ01969.

17. In total, the United States, by way of the IRS, has placed and sent notice of ten (10) federal tax liens from November of 2013 through September of 2023. These liens are all named and identified by their Federal Tax Lien Identifying Number: 43-1259140. An index each of the Federal Tax Liens place of recording and date of the notice is attached hereto as **Exhibit A**.

18. On October 26, 2023, CM, in compliance with 26 CFR § 400.4-1, mailed to the Internal Revenue Service a Notice of Nonjudicial Sale of Property, and included all statutorily required documents.

19. Pursuant to Mo. Rev. Stat. § 443.325, Mo. Rev. Stat. § 443.320, and all other applicable law, CM provided appropriate notice of the sale not less than twenty (20) days prior to its occurrence and set forth all notice requirements (the "Notice").

20. CM further satisfied statutory publishing requirements by publishing the Notice in *The Countian*, a daily newspaper in St. Louis County, for twenty-one (21) consecutive days.

21. On December 5, 2023, at 12:00 p.m. noon, at the St. Louis County Government Center Courts Building, CM did sell the Property for the sum of One Hundred Sixty-Five Thousand Dollars ($165,000), being the amount bid by the highest bidder.

22. There exists a surplus in the amount of $47,044.32.

23. There exist competing and unresolved claims from Defendants for the funds currently held in the trust account of CM, and CM is uncertain as to which party is entitled to payment.

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

Because of these conflicting claims to payment of the funds, CM is exposed to multiple and conflicting liabilities.

24.     CM is indifferent as to the payment of the claims to and among these prospective claimants.

25.     CM is ready, willing and able to deliver the funds held in its trust account to the Court or to such person or persons as the Court shall direct, upon being discharged from liability as to all prospective claimants.

26.     Pursuant to Missouri law, as the stakeholder in this interpleader action, CM is entitled to its reasonable attorney's fees and its costs associated with the prosecution of this cause of action. *See Production Credit Ass'n of St. Louis v. Bertram*, 789 S.W.2d 173, 175 (Mo.App. 1990) (citing *Northwestern National Insurance Company v. Mildenberger*, 359 S.W.2d 380, 387 (Mo.App. 1962)); and Section 507.060 R.S.Mo.

WHEREFORE, Plaintiff CM Trustee Services, Inc. prays for judgment against Defendants as follows:

a.     That Defendants be required to appear and plead their claims to the funds held in the trust account of CM Trustee Services, Inc.;

b.     That, upon payment of the aforesaid funds in the amount of $47,044.32 into the Court or to such person or persons as the Court directs, Plaintiff CM Trustee Services, Inc. be forever discharged from any further liability to the prospective claimants, and that the claimants, and each of their agents and attorneys, be forever enjoined and restrained from commencing or prosecuting any action or proceeding in any court against CM Trustee Services, Inc. upon their claims or for the recovery of the money or any part of it;

c.     That Plaintiff CM Trustee Services, Inc. be awarded its reasonable attorney's fees and costs in this cause of action out of the aforesaid funds; and

d.     For such other relief as this Court deems just and proper.

5

Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

Respectfully submitted,

CARMODY MacDONALD P.C.

By:  */s/ Robert E. Eggmann*
ROBERT E. EGGMANN, #37374MO
KELLEN M.C. CUSHING, #74620MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 Telephone
(314) 854-8660 Facsimile
ree@carmodymacdonald.com
kcc@carmodymacdonald.com

*Attorney for CM Trustee Services, Inc.*

6