Electronically Filed - ST LOUIS COUNTY - January 23, 2024 - 05:23 PM

**24SL-CC00369**



**PLAINTIFF'S EXHIBIT**

**A**

1. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $11,015.64, as Lien No. 105013, recorded on July 19, 2013 in Book 20593 page 15. Identifying No. 43-1259140.

2. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $10,188.22, as Lien No. 105512, recorded on November 5, 2013 in Book 20749 page 51. Identifying No. 43-1259140.

3. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $11,409.43, as Lien No. 106037, recorded on February 7, 2014 in Book 20871 page 79. Identifying No. 43-1259140.

4. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $9,844.21, as Lien No. 106461, recorded on April 30, 2014 in Book 20985 page 161. Identifying No. 43-1259140.

5. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $7,382.35, as Lien No. 107001, recorded on August 8, 2014 in Book 21125 page 341. Identifying No. 43-1259140.

6. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $7,531.69, as Lien No. 107461, recorded on November 5, 2014 in Book 21249 page 53. Identifying No. 43-1259140.

7. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $7,928.18, as Lien No. 108020, recorded on March 24, 2015 in Book 21433 page 71. Identifying No. 43-1259140.

8. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $4,436.43, as Lien No. 108481, recorded on July 8, 2015 in Book 21583 page 295. Identifying No. 43-1259140.

9. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $47,669.17, recorded on August 23, 2023 in Book 08232023 page 0154. Identifying No. xx-xxx9140.

10. Notice of Federal Tax Lien against Jerry Jaycox and United Glass in the amount of $8,438.91, recorded on September 26, 2023, in Document NO. 2023092300179. Identifying No. xx-xxx9140.

{24174/00000/3902257.DOCX.2}