Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:06 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri



__CM Trustee Services, Inc.__
Plaintiff/Petitioner

vs.

__United States of America__
Defendant/Respondent

__February 6, 2024__
Date

__24SL-CC00369__
Case Number

__18__
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ___Plaintiff_____, pursuant
                                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__ABC Legal Services, 1099 Stewart St., Ste. 700, Seattle, WA 98101, 800-736-7295__
Name of Process Server                    Address                                    Telephone

_____
Name of Process Server                    Address or in the Alternative                    Telephone

_____
Name of Process Server                    Address or in the Alternative                    Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
__Internal Revenue Service__
Name
__1111 Constitution Avenue NW__
Address
__Washington DC 20224__
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk


By _____
        Deputy Clerk

_____
Date

/s/ Robert E. Eggmann / Carmody MacDonald P.C.
Signature of Attorney/Plaintiff/Petitioner
__37374MO__
Bar No.
__120 S. Central Ave., Suite 1800__
Address
__(314) 854-8600__            __(314) 854-8660__
Phone No.                            Fax No.

CCADM62-WS    Rev. 07/22

Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:06 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS       Rev. 07/22