Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:41 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri



CM Trustee Services, Inc.
Plaintiff/Petitioner

vs.

Missouri Division of Employment Security
Defendant/Respondent

February 6, 2024
Date

24SL-CC00369
Case Number

18
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ___Plaintiff_____, pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Rufus Harmon, Harmon Legal Process, 311 Jackson St., Jefferson City, MO 65101; 573-635-6690; rufhar@aol.com
Name of Process Server                    Address                                                        Telephone

_____
Name of Process Server                    Address or in the Alternative                    Telephone

_____
Name of Process Server                    Address or in the Alternative                    Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:

Missouri Division of Employment Security
Name
421 East Dunklin Street, P.O. Box 59
Address
Jefferson City, MO 65104-0059
City/State/Zip

SERVE:

_____
Name
_____
Address
_____
City/State/Zip

SERVE:

_____
Name
_____
Address
_____
City/State/Zip

SERVE:

_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____
   Deputy Clerk

_____
Date

/s/ Robert E. Eggmann / Carmody MacDonald P.C.
Signature of Attorney/Plaintiff/Petitioner
37374MO
Bar No.
120 S. Central Ave., Suite 1800
Address
(314) 854-8600          (314) 854-8660
Phone No.                          Fax No.

CCADM62-WS    Rev. 07/22

Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:41 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/22