Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:06 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri



_CM Trustee Services, Inc._
Plaintiff/Petitioner

vs.

_United States of America_
Defendant/Respondent

_February 6, 2024_
Date

_24SL-CC00369_
Case Number

_18_
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ___Plaintiff_____, pursuant
                          Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_ABC Legal Services, 1099 Stewart St., Ste. 700, Seattle, WA 98101, 800-736-7295_
Name of Process Server                    Address                                          Telephone

_____
Name of Process Server          Address or in the Alternative                      Telephone

_____
Name of Process Server          Address or in the Alternative                      Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:                                              SERVE:

_Internal Revenue Service_____          _____
Name                                                Name
_1111 Constitution Avenue NW_____          _____
Address                                             Address
_Washington DC 20224_____          _____
City/State/Zip                                     City/State/Zip

SERVE:                                              SERVE:

_____          _____
Name                                                Name
_____          _____
Address                                             Address
_____          _____
City/State/Zip                                     City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____/S/ Adam Dockery_____
    Deputy Clerk

_____02/09/2024_____
Date

/s/ Robert E. Eggmann / Carmody MacDonald P.C.
Signature of Attorney/Plaintiff/Petitioner
_37374MO_____
Bar No.
_120 S. Central Ave., Suite 1800_____
Address
_(314) 854-8600_____(314) 854-8660____
Phone No.                                    Fax No.

CCADM62-WS    Rev. 07/22

Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:06 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS    Rev. 07/22