Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:35 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri



__CM Trustee Services, Inc.__
Plaintiff/Petitioner

vs.

__Jerry L. Jaycox et.al,__
Defendant/Respondent

__February 6, 2024__
Date

__24SL-CC00369__
Case Number

__18__
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff_____, pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

__David Conder, Proserve Investigations, 4740 Candleglow, St. Louis, Missouri 63129, 314-397-0952__
Name of Process Server                    Address                                              Telephone

_____
Name of Process Server                    Address or in the Alternative                        Telephone

_____
Name of Process Server                    Address or in the Alternative                        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:

__Security Credit Service, LLC; William F. Whealen, Jr.__
Name
__Miller and Steeno P.C., 13690 Riverport Drive__
Address
__Maryland Heights, MO 63043__
City/State/Zip

SERVE:

__US Attorney, Financial Litigation Unit__
Name
__111 S. 10th St. #20.333__
Address
__St. Louis, MO 63102__
City/State/Zip

SERVE:

_____
Name
_____
Address
_____
City/State/Zip

SERVE:

_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk


By _____ __/S/ Adam Dockery_____
   Deputy Clerk
              __02/09/2024__
_____
Date

__/s/ Robert E. Eggmann / Carmody MacDonald P.C.__
Signature of Attorney/Plaintiff/Petitioner
__37374MO__
Bar No.
__120 S. Central Ave., Suite 1800, St. Louis, MO 63105__
Address
__(314) 854-8600__          __(314) 854-8660__
Phone No.                              Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - ST LOUIS COUNTY - February 06, 2024 - 12:35 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/19