**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CM TRUSTEE SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00366-JMB |
| | ) | |
| | ) | |
| JERRY L. JAYCOX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DIVISION OF EMPLOYMENT SECURITY'S ANSWER TO**
**PETITION FOR INTERPLEADER**

Defendant Missouri Department of Labor and Industrial Relations, Division of Employment Security ("Division"), by and through undersigned counsel, Answers Plaintiff's Petition for Interpleader as follows:

1. The Division admits paragraph 1.

2. The Division is without sufficient knowledge to admit or deny the allegations contained in paragraphs 2-15 and, thus, denies the same.

3. In response to paragraph 16, the Division admits that it has obtained transcript judgments against Jerry L. Jaycox. The Division further states that the Division has obtained fourteen (14) transcript judgments[1] against Jerry L. Jaycox from July 24,

---

[1] 17SL-TJ01109, 17SL-TJ02104, 18SL-TJ00658, 19SL-TJ00047, 19SL-TJ01811, 19SL-TJ04138, 20SL-TJ01320, 20SL-TJ04009, 21SL-TJ01969, 21JE-TJ00499, 22JE-TJ00261, 22JE-TJ01800, 23JE-TJ01456, and 23JE-TJ02075.

2017, to November 28, 2023. The total debt assessed and owed to the Division by Jerry L. Jaycox, is $29,675.91, plus interest pursuant to § 288.150, RSMo.

4.    The Division is without sufficient knowledge to admit or deny the allegations contained in paragraphs 17-20 and, thus, denies the same.

5.    The Division admits paragraphs 21-26.

WHEREFORE, the Division prays this Court assign priority to the Division's transcript judgments and award to the Division the full amount owed from the excess proceeds.

Respectfully submitted,

*/s/ Michael C. Reed*
Michael C. Reed #75728 (MO)
Division of Employment Security
PO Box 59
Jefferson City, MO  65104
TEL: (573) 751-5992
FAX: (573)751-2947
Michael.Reed@labor.mo.gov

*Attorney for the Division of Employment Security*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 27, 2024, electronically via the CM/ECF system to all attorneys of record and was mailed via the U.S.P.S., first class, postage prepaid to all unrepresented parties.

 */s/ Michael C. Reed*
Michael C. Reed, #75728 (MO)